IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, #173816, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:21-CV-53-RAH-KFP |
| KAY IVEY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 26, 2024. (Doc. 33.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' motion to dismiss (Doc. 14) is GRANTED; and

2. This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 20th day of February 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE